# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARCHIBALD SABRINA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT CREDIT UNION et al, )<br>)<br>Defendants. ) | Case No.  3:23-cv-3611-JPG |

## JUDGMENT IN A CIVIL CASE

The Court having heard argument and come to a decision,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:  December 7, 2023**

                                        MONICA A. STUMP, Clerk of Court

                                        By:     *s/Tina Gray,*
                                                     Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **U.S. DISTRICT JUDGE**